Certificate Number: 20102-PAE-DE-035089079

Bankruptcy Case Number: 20-14227



20102-PAE-DE-035089079

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 15, 2020</u>, at <u>6:56</u> o'clock <u>PM EST</u>, <u>Keith Sykes</u> completed a course on personal financial management given <u>by internet</u> by <u>1stopbk.com Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 15, 2020</u>          By:     <u>/s/Marcy Walter</u>

                                        Name:   <u>Marcy Walter</u>

                                        Title:  <u>Certified Personal Finance Counsleor</u>