.

BB&T Bank
750 Crossings Blvd
Elverson, PA 19520


National Bankruptcy Services LLC
14841 Dallas Parkway, Ste. 300
Dallas, TX 75254


Sherwin Williams
c/o DeHann & Bach
25 Whitney Drive, Suite 106
Milford, OH 45150


The Sherwin Williams Co.
191 Eagleview Blvd.
Exton, PA 19341


VW CREDIT INC
1401 FRANKLIN BLVD
LIBERTYVILLE, IL 60048