## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Keith A. Skyes | | CHAPTER 7 |
| | Debtor(s) | |
| MIDFIRST BANK | | |
| | Movant | NO. 20-14227 PMM |
| vs. | | |
| Keith A. Skyes | | |
| | Debtor(s) | 11 U.S.C. Section 362 |
| Robert H. Holber Esq. | | |
| | Trustee | |

### **ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 8 Oxford Drive, Morgantown, PA 19543 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*Patricia M. Mayer*

**Date: December 1, 2020**

United States Bankruptcy Judge.

Keith A. Skyes
8 Oxford Drive
Morgantown, PA 19543

George M. Lutz, Esq.
Hartman, Valeriano, Magovern, Lutz, PC
1025 Berkshire Blvd., Suite 700, P.O. Box 5828
Wyomissing, PA 19610

Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532