Albert John DePalantino and Company PC
19 Short Road
Doylestown, PA 18901


E-ZPass
Pennsylvania Turnpike Commission
E-ZPass Customer Service Center
300 East Park Drive
Harrisburg, PA 17111


Farmer's Insurance
c/o Brown & Joseph, LLC
One Pierce Place
Suite 700W
Itasca, IL 60143


Farmers Insurance
P.O. Box 0991
Carol Stream, IL 60132


LabCorp
Laboratory Corporation of America
PO Box 2240
Burlington, NC 27216-2240


Maillie
500 North Lewis Road
Royersford, PA 19468


Main Line Health
Patient Payments
POB 780163
Philadelphia, PA 19178


PAM, LLC-PA Turnpike
PO Box 1153
Milwaukee, WI 53201-1153

```
Penn Medicine
UPHS Physicians Patient Pay
POB 824406
Philadelphia, PA 19182


The Law Office of Daniel M. Hanifin
134 North Church Street
Suite 2
West Chester, PA 19380
```