United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Keith A. Sykes  
    Debtor

Case No. 20-14227-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jan 29, 2021      Form ID: 318      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keith A. Sykes, 8 Oxford Drive, Morgantown, PA 19543-8851 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14575760 | + | Albert John DePalantino and Company PC, 19 Short Road, Doylestown, PA 18901-3212 |
| 14564381 | + | BB&T Bank, 750 Crossings Blvd, Elverson, PA 19520-9075 |
| 14554366 | + | CAPITAL ONE BANK USA NA, c/o Joshua McNamara, Esquire, 2 Industrial Way West, Eatontown, NJ 07724-2265 |
| 14554367 | + | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS COURT, KENNESAW, GA 30144-5897 |
| 14554368 | + | COLLECTION BUREAU OF HUDSON VA, PO BOX 846, NEWBURG, NY 12551-0846 |
| 14554361 | | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 14575761 | + | E-ZPass, Pennsylvania Turnpike Commission, E-ZPass Customer Service Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 14554362 | + | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 14554359 | + | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 14575762 | + | Farmer's Insurance, c/o Brown & Joseph, LLC, One Pierce Place, Suite 700W, Itasca, IL 60143-2606 |
| 14575763 | + | Farmers Insurance, P.O. Box 0991, Carol Stream, IL 60132-0991 |
| 14554372 | + | KML Law Group, P.C., 701 Market St., Ste. 5000, BNY Independence Ctr., Philadelphia, PA 19106-1541 |
| 14575764 | | LabCorp, Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 14554374 | | MIDLAND MORTGAGE, PO BOX 268959, F MIDFIRST BANK, OKLAHOMA CITY, OK 73126-8959 |
| 14575765 | + | Maillie, 500 North Lewis Road, Royersford, PA 19468-1119 |
| 14575766 | + | Main Line Health, Patient Payments, POB 780163, Philadelphia, PA 19178-0163 |
| 14564382 | + | National Bankruptcy Services LLC, 14841 Dallas Parkway, Ste. 300, Dallas, TX 75254-7883 |
| 14575767 | | PAM, LLC-PA Turnpike, PO Box 1153, Milwaukee, WI 53201-1153 |
| 14575768 | + | Penn Medicine, UPHS Physicians Patient Pay, POB 824406, Philadelphia, PA 19182-4406 |
| 14564383 | + | Sherwin Williams, c/o DeHann & Bach, 25 Whitney Drive, Suite 106, Milford, OH 45150-8400 |
| 14575769 | + | The Law Office of Daniel M. Hanifin, 134 North Church Street, Suite 2, West Chester, PA 19380-3077 |
| 14564384 | + | The Sherwin Williams Co., 191 Eagleview Blvd., Exton, PA 19341-3060 |
| 14554360 | + | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |
| 14554377 | + | US DEPT. OF EDUCATION/GLELSI, PO BOX 7860, MADISON, WI 53707-7860 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Jan 30 2021 06:13:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 30 2021 01:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14554364 | + | EDI: AMEREXPR.COM | Jan 30 2021 06:13:00 | AMERICAN EXPRESS, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14554365 | | EDI: CAPITALONE.COM | Jan 30 2021 06:13:00 | CAPITAL ONE BANK USA NA, PO BOX 85015, RICHMOND, VA 23285-5075 |
| 14554369 | + | EDI: WFNNB.COM | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 30 2021 06:13:00 | COMENITY BANK/POTTERY BARN, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14554370 | + | EDI: WFNNB.COM | Jan 30 2021 06:13:00 | COMENITYCAPITAL/BOSCOVS, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 14554363 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jan 30 2021 01:47:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1703 |
| 14554371 | + | EDI: PHINGENESIS | Jan 30 2021 06:13:00 | INDIGO - CELTIC BANK, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 14554373 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2021 02:30:21 | LVNV FUNDING LLC, 55 BEATTIE PLACE, GREENVILLE, SC 29601-5115 |
| 14554374 | | EDI: AISMIDFIRST | Jan 30 2021 06:13:00 | MIDLAND MORTGAGE, PO BOX 268959, F MIDFIRST BANK, OKLAHOMA CITY, OK 73126-8959 |
| 14554375 | + | EDI: NFCU.COM | Jan 30 2021 06:13:00 | NAVY FCU, 820 FOLLIN LANE, VIENNA, VA 22180-4907 |
| 14554376 | | EDI: PRA.COM | Jan 30 2021 06:13:00 | PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE BLVD, STE 100, NORFOLK, VA 23502 |
| 14558580 | + | EDI: PENNDEPTREV | Jan 30 2021 06:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14558580 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2021 01:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14564385 | + | Email/Text: vci.bkcy@vwcredit.com | Jan 30 2021 01:47:00 | VW CREDIT INC, 1401 FRANKLIN BLVD, LIBERTYVILLE, IL 60048-4460 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2021 at the address(es) listed**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 29, 2021 | Form ID: 318 | Total Noticed: 43 |

below:

| Name | Email Address |
|---|---|
| GEORGE M. LUTZ | on behalf of Debtor Keith A. Sykes glutz@hvmllaw.com amerkey@hvmllaw.com;r49419@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Keith A. Sykes | Social Security number or ITIN  xxx–xx–6370 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 20–14227–pmm | |

# Order of Discharge            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Keith A. Sykes

<u>1/28/21</u>                                       **By the court:**  <u>Patricia M. Mayer</u>
                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**